[Nos. 45175-8-I; 45711-0-I. Division One. June 5, 2000.]

*In the Matter of the Marriage of* BRIAN F. BELGARDE, *Respondent,* and LYNETTE M. GRUNHURD, *Appellant.*

*In the Matter of the Marriage of* ROB T. GRUNHURD, *Respondent,* and LYNETTE M. GRUNHURD, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 92-3-03127-6, Dale B. Ramerman, J., entered August 27, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Kennedy and Ellington, JJ.

[No. 43916-2-I. Division One. June 5, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDRE MARCELLE HAYES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00907-6, Joseph A. Thibodeau, J., entered December 15, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, C.J., and Webster, J.

[No. 43759-3-I. Division One. June 5, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. TAUSHA RENE WOOTEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-03886-5, James Bryan Street, J., entered November 10, 1998. *Affirmed* by unpublished per curiam opinion.